UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA
FIFTH DIVISION - DULUTH

-------------------------------------------------------------

DIRECTV, Inc., a California corporation,

**ORDER**

Plaintiff,                          Civil Action No. 0:11-CV-03226-PAM-LIB

-against-

SHANNON PUTNAM and RODNEY
PUTNAM, Individually, and as officers,
directors, shareholders, and/or principals of
SHANNROD INC., d/b/a HI-WAY INN OF
95, a/k/a HI-WAY INN OF PRINCETON,
a/k/a HI-WAY INN,

and

SHANNROD INC., d/b/a HI-WAY INN OF
95, a/k/a HI-WAY INN OF PRINCETON,
a/k/a HI-WAY INN,

Defendants.

_____

IT IS HEREBY ORDERED that this case is hereby administratively closed, pursuant to the

Stipulation of Settlement and Administrative Dismissal filed on December 21, 2011 via ECF

Document No. 10.  In the event of any non-payment, Plaintiff shall move to reopen and reinstate its

claim against Defendants by February 20, 2012.

**SO ORDERED this   5th   day of   January  , 2012**

    s/Paul A. Magnuson
**HON. PAUL A.  MAGNUSON
UNITED STATES DISTRICT JUDGE**